HONORABLE RONALD B. LEIGHTON

07-CV-05296-ORD

FILED ___ LODGED ___ RECEIVED
OCT 19 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLUMBIA RIVERKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANNI S. WILLIS, W&A ENTERPRISES, INC., WRAP UNLIMITED, INC., AND WILDWOOD ENTERPRISES,<br><br>Defendants. | Civil No. 07-CV-5296-RBL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO MAKE INITIAL DISCLOSURES AND TO JOIN ADDITIONAL PARTIES<br><br>[PROPOSED] |

Having considered the Stipulated Motion to Extend Deadlines to Make Initial Disclosures and to Join Additional Parties, the Court, for good cause shown, hereby GRANTS the Motion.

IT IS SO ORDERED that the deadlines for the parties to make initial disclosures pursuant to Fed. R. Civ. P. 26(a) is extended to November 28, 2007, and the deadline for the parties to join additional parties is extended to December 10, 2007.

DATED this 19th day of October, 2007.

_____
United States District Court Judge

Order Granting Stipulated Motion to Extend Deadlines to Make Initial
Disclosures and To Join Additional Parties – Page 1
(Civil No. 07-CV-5296-RBL)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (360) 699-4771
500 E. BROADWAY, SUITE 400
POST OFFICE BOX 694, VANCOUVER, WASHINGTON 98666-0694

1  Presented by:

2  MILLER NASH LLP

3  s/ Steven F. Hill

   Steven F. Hill, P.C., WSB No. 23694
4  500 East Broadway, Suite 400
5  Vancouver, Washington 98660-3324
   Telephone: (360) 699-4771
6  Fax: (360) 694-6413
   **E-mail:** *steve.hill@millernash.com*
7

8  MILLER NASH LLP
   Hong N. Huynh, OR Bar No. 98413
9  (Admitted *Pro Hac Vice*)
10 3400 U.S. Bancorp Tower
   111 S.W. Fifth Avenue
11 Portland, Oregon 97204-3699
   Telephone: (503) 224-5858
12 Fax: (503) 224-0155
   **E-mail:** *hong.huynh@millernash.com*
13
                  Attorneys for Defendants
14

15 And

16 SMITH & LOWNEY, PLLC

17 s/ Brian A. Knutsen
   Richard A. Smith, WSB No. 21788
18 Brian A. Knutsen, WSB No. 38806
19 2317 East John Street
   Seattle, Washington 98112
20 Telephone: (206) 860-2883
   Fax: (206) 860-4187
21 **E-mail:** *rasmithwa@gmail.com*
   **E-mail:** *briank@igc.com*
22
                  Attorneys for Plaintiff
23

24

25

26

Order Granting Stipulated Motion to Extend Deadlines to Make
Initial Disclosures and To Join Additional Parties – Page 2
(Civil No. 07-CV-5296-RBL)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (360) 699-4771
500 E. BROADWAY, SUITE 400
POST OFFICE BOX 694, VANCOUVER, WASHINGTON 98666-0694

PDXDOCS:1580771.1